**Charles CAMARDO**

v.

**John MORAN et al.**

**No. 81–44–M.P.**

Supreme Court of Rhode Island.

March 19, 1981.

John F. Cicilline, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., Alyssa L. Talanker, Special Asst. Atty. Gen., for respondents.

**ORDER**

The petition for writ of habeas corpus is denied.

**Harold FARRELL**

v.

**Matthew J. GILL, Jr.**

**No. 80–571–M.P.**

Supreme Court of Rhode Island.

March 19, 1981.

William J. Burke, Pawtucket, for petitioner.

Dennis J. Roberts II, Atty. Gen., for respondent.

**ORDER**

This is a petition for writ of habeas corpus wherein petitioner is seeking bail pending an appeal from his convictions of certain criminal offenses. The petition was argued before us on February 5, 1981. After carefully considering the memoranda and arguments of the parties and the transcripts of the Supreme Court hearings on post conviction bail, we are satisfied that the trial justice did not abuse his discretion in denying bail in this case. Therefore, the petition for writ of habeas corpus is hereby denied.

**Allegra E. MUNSON**

v.

**SUPERIOR COURT et al.**

**No. 81–136–M.P.**

Supreme Court of Rhode Island.

March 19, 1981.

John Tramonti, Jr., Providence, Barbara Hurst, John A. MacFadyen III, Asst. Public Defenders (Amicus Curiae), for petitioner.

Dennis J. Roberts II, Atty. Gen., for respondent.

**ORDER**

The petition for writ of habeas corpus is denied as moot.